**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Susan Roy, | Civil Action No. 6:17-cv-06246-MAT-JWF |
|              Plaintiff, | |
| v. | |
| Synchrony Bank f/k/a GE Capital Retail Bank, | |
|              Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 11, 2017

                                                Respectfully submitted,

                                                PLAINTIFF Susan Roy

                                                */s/ Sergei Lemberg*

                                                Sergei Lemberg, Esq. (SL 6331)
                                                LEMBERG LAW, LLC
                                                43 Danbury Road, 3rd Floor
                                                Wilton, CT 06897
                                                Telephone: (203) 653-2250
                                                Facsimile: (203) 653-3424
                                                Email: slemberg@lemberglaw.com
                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing (ECF) system and that the document is available on the ECF system.

*/s/ Sergei Lemberg*

Sergei Lemberg, Esq.