UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Susan Roy,

              Plaintiff,

v.

Synchrony Bank f/k/a GE Capital Retail Bank,

              Defendant.

---

Civil Action No. 6:17-cv-06246-MAT-JWF



## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the Complaint in this action and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Susan Roy | Synchrony Bank f/k/a GE Capital Retail Bank |
|---|---|
| */s/ Sergei Lemberg* | */s/ Stefanie L. Burt* |
| Sergei Lemberg, Esq. (SL 6331) | Stefanie L. Burt, Esq. |
| LEMBERG LAW, LLC | REED SMITH, LLP |
| 43 Danbury Road, 3rd Floor | 225 Fifth Avenue, Suite 1200 |
| Wilton, CT 06897 | Pittsburgh, PA 15222 |
| Telephone: (203) 653-2250 | Telephone: (412) 288-3877 |
| Facsimile: (203) 653-3424 | Email: sburt@reedsmith.com |
| Email: slemberg@lemberglaw.com | Attorneys for Defendant |
| Attorneys for Plaintiff | |

 s/ Michael A. Telesca
SO ORDERED